UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,     :
                              :
        Plaintiff,            :
                              :
v.                            :      CASE NO. 8:04-cr-457-T-30EAJ
                              :
ISMAEL ROLON AYALA,           :
                              :
        Defendant.            :
_____ :

## AMENDED PRELIMINARY ORDER OF FORFEITURE AS TO
## SPECIFIC ASSETS AND FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the United

States of America for Entry of a Preliminary Order of Forfeiture as to specific assets and

a Forfeiture Money Judgment, which, at sentencing, shall be a final order of forfeiture as

to defendant Ismael Rolon Ayala's interest in the specific assets listed below, and funds

in the amount of $ 3,312,000.00 in United States currency, for which

defendant Ismael Rolon Ayala is jointly and severally liable to the United States, along

with all other defendants found guilty of the heroin trafficking conspiracy charged in

Count One of the Second Superseding Indictment filed in the instant case.  For good

cause shown, the Government's motion is GRANTED.

The Court hereby finds that the jury established the requisite *nexus* between the

following assets and the conspiracy charged in Count One of the Second Superseding

Indictment in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §§ 846 and

841(b)(1)(A)(i), for which defendant Ismael Rolon Ayala was found guilty:

> (a) $41,000.00 in United States Currency, seized from a safe located at 6504 Clemson Street, Bradenton, Florida, on September 24, 2004; and
>
> (b) One 1994 White BMW 325i, VIN # WBACB4321RFM03584.

The Court further finds that $__3,312,000.00__ in United States currency is the amount of funds obtained by the defendant and others as a result of the conspiracy charged in Count One of the Second Superseding Indictment in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §§ 841(b)(1)(A)(i) and 846, for which defendant Ismael Rolon Ayala was found guilty. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that, pursuant to 21 U.S.C. § 853, all right, title, and interest of defendant Ismael Rolon Ayala in the following assets is condemned and forfeited to the United States of America for disposition according to law:

> (a) $41,000.00 in United States Currency, seized from a safe located at 6504 Clemson Street, Bradenton, Florida, on September 24, 2004; and
>
> (b) One 1994 White BMW 325i, VIN # WBACB4321RFM03584.

It is FURTHER **ORDERED** that defendant Ismael Rolon Ayala is jointly and severally liable with all other defendants found guilty of the heroin trafficking conspiracy charged in Count One of the Second Superseding Indictment, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), for a forfeiture money judgment in the amount of $__3,312,000.00__ in United States currency, which represents the like amount of proceeds the defendant and others obtained as a result of the conspiracy to commit violations of 21 U.S.C. § 841(a)(1), all in violation of

21 U.S.C. §§ 841(b)(1)(A)(i) and 846.

    The Court shall retain jurisdiction to entertain any third party petitions that may be asserted in these proceedings.

    **DONE** and **ORDERED** in Chambers in Tampa, Florida, this _____ 12 _____ day of _____ July _____, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Adelaide G. Few, AUSA
All Attorneys of Record